UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:20-CR-00383-M

| United States of America | ) | AMENDED JUDGMENT |
|---|---|---|
| v. | ) | |
| Dayquan Rahmel Christmas | ) | |

On January 27, 2021, Dayquan Rahmel Christmas appeared before the Honorable Richard E. Myers II, Chief United States District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced to the custody of the Bureau of Prisons for a term of 18 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Dayquan Rahmel Christmas was released from custody and the term of supervised release commenced on August 9, 2021.

From evidence presented at the revocation hearing on August 12, 2022, the court finds as a fact that Dayquan Rahmel Christmas, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

**IT IS FURTHER ORDERED** that the following special condition be imposed:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 120 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

**IT IS FURTHER ORDERED** that upon successful completion of the defendant's term of location monitoring, his supervision shall be terminated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

SO ORDERED this 17th day of August, 2022.

Richard E. Myers II
Chief United States District Judge